IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ANTHONY ANDREW STANKUS | ) | CASE NO. 4-08-14667-JMM |
| MELADEE MADGE STANKUS | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | SPARTER AND MORA FINANCIAL SERVICES<br>513 W VALLE VEROLE PL STE 12<br>Nogales AZ 85621 | $320.00 | $4.67 |
| 8 | CORPORATE SCREENING SERVICES<br>P.O. BOX 361219<br>Solon OH 44139-0021 | $68.00 | $0.99 |
| 11a | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>Philadelphia PA 19114-0326 | $135.40 | $1.97 |
| 12 | GROUP ONE MOTORWORKS<br>3621 N. STONE AVE<br>Tucson AZ 85705-3201 | $296.08 | $4.32 |

Dated:  July 7, 2010

/s/ SJK_____
Stanley J. Kartchner, Trustee